AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| David Estling,<br>*Plaintiff*<br>v.<br>GIDB Tiki, LLC, d/b/a Tiki Hut<br>*Defendant* | )<br>)<br>)  Civil Action No.    8:20-cv-03204-HMH<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff, David Estling, recover from the defendant, GIDB Tiki, LLC, the amount of Three Thousand, Eight Hundred, Forty-Six dollars and 15/100 ($3,846.15), plus postjudgment interest at the rate of .11%, in addition to $2,040.00 in attorney's fees, and $400.00 in costs.

This action was *(check one)*:

■ decided by the Honorable Henry M. Herlong, Jr.

Date:   January 8, 2021                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                        s/Ashley Buckingham
                                                                                *Signature of Clerk or Deputy Clerk*